IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:20-CR-00382 |
| v. | § | |
| | § | Judge Jordan |
| SAAD AZIZ (104) | § | |

## BILL OF PARTICULARS

The government files this Bill of Particulars in the above referenced action. In the Notice of Intention to Seek Criminal Forfeiture within the Indictment in this action the government described property as being subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982, and 924(d); and 28 U.S.C. § 2461.

The government now gives notice of its intention to seek forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982, and 924(d); and 28 U.S.C. § 2461 of the property more fully described below:

a. One pallet containing (12) 60" Samsung Series QLED Q60A;

b. One pallet containing (13) 60" Samsung Series QLED Q60A;

c. Three pallets containing (96) Sony PlayStation 5 Console(s);

d. One pallet containing approximately 45 DeWalt Drills;

e. One pallet containing approximately 38 Porter Cable "4 Tool Combo Kits, and other various tools;

f. One pallet containing approximately 12 Makita Tools; 1 Bostitch Coil Roofing Nailer and 1 Ridged "JobMax" multi-tool;

**Bill of Particulars – Page 1**

    g. One pallet containing approximately 58 Milwaukee Tools of various models and 1 Bosh Bulldog Xtreme (rotary hammer);

    h. Two pallets containing approximately 54 tools. 21 Makita, 8 DeWalt and 25 Metabo nail guns; and

    i. Four pallets containing (42) Misc. computer monitors.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/ _____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on February 9, 2022.

                                                ___/s/_____
                                                ERNEST GONZALEZ