IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:20-CR-382 |
| v. | § | Judge Jordan |
| | § | |
| ALCIDES MAURICE SCOTT (3) | § | |
| SHERMAN LEON BROWN (10) | § | |
| TAUREAN DION ARMSTRONG (16) | § | |
| JAWAUNE ANTONNE LEE (17) | § | |
| KAYLEN ELIZABETH TAYLOR (18) | § | |
| ARSALAN BHANGDA (24) | § | |
| ABDUL BHANGDA (25) | § | |
| DEANDRE JAMAL STATEN (44) | § | |
| MICHAEL JOSEPH SAVATTERE (80) | § | |
| MALIK SALAMEH (82) | § | |
| MOHAMMAD W. SALAMEH (83) | § | |
| ALI ANWAR (85) | § | |
| RUBEN SANTANA-POLANCO (94) | § | |
| JORDAN MINH NGUYEN (95) | § | |
| MAAZ AZIZ (103) | § | |
| SAAD AZIZ (104) | § | |
| GEORGE A. ISRAEL (106) | § | |

## **FIFTH BILL OF PARTICULARS**

The government files this Fifth Bill of Particulars in the above referenced action. In the Notice of Intention to Seek Criminal Forfeiture within the Fourth Superseding Indictment in this action the government described property as being subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982, and 924(d); and 28 U.S.C. § 2461.

The government now gives notice of its intention to seek forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(c), 982, and 924(d); and 28 U.S.C. § 2461 of the property more fully described in the following:

- $420 in U.S. currency seized from **Ali Anwar**;

**Fifth Bill of Particulars – Page 1**

- $5780 in U.S. currency seized from **Ali Anwar**;

- Beretta Model APX, 9mm handgun, serial number A077565X with one magazine seized from **Malik Salameh**;

- 15 rounds of 9mm ammunition seized from **Malik Salameh**;

- Taurus G3, 9mm handgun, serial number AAL063070 with magazine seized from **Ali Anwar**;

- Springfield Armory Model XD-40, .40 caliber handgun, serial number US267790 with one magazine and laser sight seized from **Mohammad W. Salameh**;

- Black Beretta handgun case seized from **Mohammad W. Salameh**;

- One Apple iPhone in bright blue seized from **Mohammad W. Salameh**;

- Beretta Model APX, 9mm handgun, serial number AXC029038 with one magazine seized from **Mohammad W. Salameh**;

- Beretta Model A300 Outlander, 12 gauge shotgun, serial number RU043374 seized from **Malik Salmeh**;

- Smith & Wesson M&P, 9mm handgun, serial number NFU9254 seized from **Ali Anwar**;

- 14 rounds of 9mm ammunition seized from **Ali Anwar**;

- 250 rounds of 9mm ammunition seized from **Ali Anwar**;

- FNS 40 S&W pistol, serial number GKU0071199 seized from **Saad Aziz**;

- CDM P22 short revolver, serial number 134191 seized from **Saad Aziz**;

- Two magazines seized from **Saad Aziz**;

- Silver colored watch with "Rolex" on the face seized from **Ali Anwar**;

**Fifth Bill of Particulars – Page 2**

- Silver colored watch with "Stuhrling Original" on the face, silver colored watch with a "Tag Hauer" symbol on the clasp, and two silver colored watches with "Rolex" on the faces seized from **Maaz Aziz**;

- Black case containing a Rolex Sky Dweller watch seized from **Maaz Aziz**;

- Silver Audemars Piguet watch seized from **Maaz Aziz**;

- Black Audemars Piguet watch seized from **Maaz Aziz**;

- Black Patek Phillippe watch seized from **Maaz Aziz**;

- Yellow box with Rolex symbol containing a watch marked "Yacht Master" seized from **Maaz Aziz**;

- Tag Heuer box containing a watch seized from **Maaz Aziz**;

- One Silver watch with a blue face labeled "Rolex Sky Dweller" seized from **Arsalan Bhangda**;

- One "Rolex Watch" seized from **Abdul Bhangda**;

- One Apple iMac desktop computer, serial number D25ML0LTF8J8 seized from **Michael Joseph Savattere**;

- One Apple iMac desktop computer, serial number C02H8R1CDHJF seized from **Michael Joseph Savattere**;

- HP Pavilion laptop, serial number 5CD7462T9N seized from **Michael Joseph Savattere**;

- AUS black laptop Model K52F-1AEX seized from **Michael Joseph Savattere**;

- Two Apple TVs seized from **Michael Joseph Savattere**;

- Two Apple watches seized from **Michael Joseph Savattere**;

- Two Apple 11" iPad Pros seized from **Michael Joseph Savattere**;

- Five Apple MacBooks seized from **Michael Joseph Savattere**;

**Fifth Bill of Particulars – Page 3**

- Eight Apple AirPods seized from **Michael Joseph Savattere**;

- Five Apple AirPods seized from **Michael Joseph Savattere**;

- HP computer All-in-One PC with power cord seized from **Michael Joseph Savattere**;

- LTS DVR, serial number 8401908ZNX00125 seized from **Michael Joseph Savattere**;

- Apple MacBook Pro, serial number C02F81FAMD6M seized from **Michael Joseph Savattere**;

- Three boxes containing 141 cell phones of various brands seized from **Michael Joseph Savattere**;

- Three Apple 4K televisions seized from **Michael Joseph Savattere**;

- HP Intel Core i7 CPU, serial number 2MO1083977 seized from **Jordan Minh Nguyen**;

- One Dell Precision M6800 laptop, serial number H8HLSC2 seized from **Jordan Minh Nguyen**;

- Two black Apple iPhones and two blue Apple iPhones seized from **Jordan Minh Nguyen**;

- Three Alcatel Go Flip cell phones seized from **Jordan Minh Nguyen**;

- Three Apple iPhones teal, blue, and gold in color seized from **Jordan Minh Nguyen**;

- Apple iPhone S silver in color, Model A1633, IMEI 354953075886913 seized from **Jordan Minh Nguyen**;

- Apple iPad silver in color Model A2197 seized from **Jordan Minh Nguyen**;

- Two Apple watches IMEI 359433082692807, 352963110942110 seized from **Jordan Minh Nguyen**;

**Fifth Bill of Particulars – Page 4**

- Nine AT&T Cingular Flip 2 cell phones seized from **Jordan Minh Nguyen**;

- Seven Apple iPhones black, red, white, blue, and gold in color IMEI 350777737896786; 354830091999112; 357210369764042; 359871970581428; 359237630346752; 353776390828166; 357014744784927 seized from **Jordan Minh Nguyen**;

- Six (6) Apple iPhones black, red, blue, and gold in color IMEI 354876508896037; 353042113886043; 353042113457902; 352243615519766; 350408489884669; 354506121538696 seized from **Jordan Minh Nguyen**;

- Apple AirPods in original packaging, serial number H15F82KWLX2Y seized from **Jordan Minh Nguyen**;

- Six Apple iPhone 12 Pro Max seized from **Jordan Minh Nguyen**;

- Apple iPad Pro 12.9" tablet, serial number CN7YVY4XQH seized from **Jordan Minh Nguyen**;

- Apple MacBook Pro seized from **George Israel**;

- Two Apple iPhones seized from **George Israel**;

- Apple MacBook Pro silver in color, serial number C02TQA7GHV22 seized from **George Israel**;

- Two iPad mini and two iPad Pro seized from **George Israel**;

- Nine Samsung cell phones, four Apple iPhones, two Pixel 3aXL cell phones seized from **George Israel**;

- One Apple iPad Pro seized from **George Israel**;

- Forty-seven Apple iPhones, one Samsung cell phone, two ATT pre-paid cell phones seized from **George Israel**;

- Twenty-six Google Nest Mini, Google Nest lock seized from **George Israel**;

- Two "DeWalt" 20v Press Tools, serial numbers 009238, 009244 seized from **George Israel**;

- Sixteen 2-packs of "DeWalt" 60v batteries seized from **George Israel**;

- Thirty (30) cases each containing three 2-packs of "DeWalt" 60v batteries seized from **George Israel**;

- Five Apple iPhones seized from **George Israel**;

- Three Google Nest Audio, Google Nest Hub 7, seven Google Wifi, two Nest indoor camera, two Nest Hello doorbell, four Nest thermostat, Nest Mini seized from **George Israel**;

- Three (3) Google Wifi seized from **George Israel**;

- Two Apple iPad mini, nine Samsung Galaxy Tab seized from **George Israel**;

- Five Apple Watches seized from **George Israel**;

- Seven T-Mobile REVVL V cell phones, three Samsung cell phones seized from **George Israel**;

- Twenty-nine Pixel Buds, thirty-seven Chromecast seized from **George Israel**;

- Eight Apple iPhones seized from **George Israel**;

- Forty-three Apple cell phones, twenty-seven Samsung cell phones seized from **George Israel**;

- One Google Home seized from **George Israel**;

- Twelve Samsung cell phones, nine Apple cell phones, two AT&T cell phones, one Verizon cell phone seized from **George Israel**;

- Ten boxed Samsung phones seized from **George Israel**;

- Nine Apple iPhones, Four Apple Watches, Three Alcatel flip phones, Two Apple Macbook Pro Laptops, One Apple iPod, and One Microsoft Surface Tablet seized from **George Israel**;

- Eight Apple iPads (4 - iPad Air, 2 - iPads, 1 - iPad Mini, 1 – iPad Pro), Two Macbook Pro Laptops, Three Apple Watches, One Apple Airpod and One Apple TV seized from **George Israel**;

- Eleven Samsung Galaxy Tablets, Three Laptops (2 - Microsoft Surfaces, 1 - Lenovo), and Five cellphones (4 - Samsung, 1 - T-Mobile) seized from **George Israel**;

- Eight fit bits, Eight Western Digital External Hard Drives, Nine cellphones, Eleven Smart Watches, and One Western Digital Solid State Drive seized from **George Israel**;

- Apple iPhone in "Crave" case seized from **Taurean Dion Armstrong**;

- Apple A1395 iPad, serial number DMQH9MA5DFHW seized from **Taurean Dion Armstrong**;

- HP 15-g018dx LAPTOP SERIAL# CND4296R6K seized from **Taurean Dion Armstrong**;

- Compaq Presario A900 Laptop, serial number CND81541CY seized from **Taurean Dion Armstrong**;

- Acer Aspire MS2361 Laptop, serial number NXM2DAA0032240CEB92000 seized from **Taurean Dion Armstrong**;

- Sprint Tracker seized from **Taurean Dion Armstrong**;

- Sprint Drive Tracker seized from **Taurean Dion Armstrong**;

- Sprint Driver Tracker and T-Mobile SIM card seized from **Taurean Dion Armstrong**;

- Apple A1549 iPhone IMEI# 355791074730925 (Gold & White in color) seized from **Taurean Dion Armstrong**;

- 5 rounds of 9mm ammunition seized from **Taurean Dion Armstrong**;

- One Apple iPhone white and rose gold in color with blue "UAG" case, Model A1778, FCCID: BCG-E3091A seized from **Taurean Dion Armstrong**;

- Smith & Wesson Model M&P 40, .40 caliber handgun, unknown serial number seized from **Taurean Dion Armstrong**;

- One .40 caliber round of ammunition seized from **Taurean Dion Armstrong**;

- Smith & Wesson .40 caliber magazine and Thirteen rounds of .40 caliber ammunition seized from **Taurean Dion Armstrong**;

- Pro mag drum magazine loaded with .223 caliber ammunition seized from **Taurean Dion Armstrong**;

- 19 rounds of .223 caliber ammunition seized from **Taurean Dion Armstrong**;

- 40 rounds of assorted calibers of ammunition seized from **Taurean Dion Armstrong**;

- One Walther 9mm magazine and one PMAG magazine seized from **Taurean Dion Armstrong**;

- 27 rounds of .410 shotgun ammunition seized from **Taurean Dion Armstrong**;

- Apple iPhone seized from **Taurean Dion Armstrong**;

- American Tactical Model Omni Hybrid multi-caliber rifle, serial number NS271932 seized from **Taurean Dion Armstrong**;

- Samsung Galaxy S9+ seized from **Taurean Dion Armstrong**;

- One gray and black Apple iPhone with a black and orange case seized from **Deandre Jamal Staten**;

- One gray and black Apple iPhone with a black OtterBox case seized from **Jawaune Antonne Lee**;

- One black Samsung cell phone in black case from Jawaune Lee, IMEI: 359482090476299 seized from **Jawaune Antonne Lee**;

- One Cricket cell phone dark blue in color, IMEI: 352930611151202, Model: V350C and one Apple iPhone white in color seized from **Kaylen Elizabeth Taylor**;

- One silver Apple iMac Model A1418 with keyboard and mouse, serial number C02DP36707DW seized from **Kaylen Elizabeth Taylor**;

- Master card and via debit and card cards seized from **Kaylen Elizabeth Taylor**;

- Apple iPhone in a gold case seized from **Kaylen Elizabeth Taylor**;

- Apple iPhone seized from **Kaylen Elizabeth Taylor**;

- Two Cricket Cellphones, Apple Airpods and six SIM cards in a black/grey bag seized from **Kaylen Elizabeth Taylor**;

- Apple iPhone in Black case seized from **Ruben Santana-Polanco**;

- $1.86 in U.S. currency seized from **Ruben Santana-Polanco**;

- One (1) Apple iPhone black in color contained in a "Gucci" case seized from **Alcides Maurice Scott**; and

- One (1) Apple iPhone bright blue in color contained in a clear case seized from **Sherman Leon Brown**.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

/s/
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on December 1, 2022.

　　/s/
ERNEST GONZALEZ