**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 4:20-CR-382 SDJ/KPJ** |
| | § | **Judge Jordan** |
| **SAAD AZIZ (104)** | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that JACLYN CARR with the law firm of Wilson, Robertson & Cornelius, P.C., hereby appears as counsel for TEXAS BANK and TRUST, a party in interest in the above-styled cause, and pursuant to 18 U.S.C. 982, JACLYN CARR requests that all notices given or required to be given in this case be given to and served upon said counsel at the following address:

> Jaclyn Carr
> Wilson, Robertson & Cornelius, P.C.
> 909 ESE Loop 323
> Suite 400
> Tyler, Texas 75701

 Respectfully submitted,

WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5091
E-mail: jcarr@wilsonlawfirm.com

BY:    */s/ Jaclyn Carr*
          JACLYN CARR
          State Bar No. 24093776

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document shall be served via electronic means, if available, otherwise by regular, first class U.S. mail, postage prepaid, to all parties receiving electronic notices pursuant to the Court's CM/ECF system on July 11, 2023.


*/s/ Jaclyn Carr*
JACLYN CARR