# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO.: 4:20-CR-382 SDJ/KPJ |
| § | |
| MAAZ AZIZ (103) § | |
| SAAD AZIZ (104) § | |

## ORDER

Upon consideration of the Government's Motion to Dismiss Against Certain Forfeiture (Dkt. 3325) as to the following:

    a. All that lot or parcel of land, together with buildings, improvements, fixtures, attachments, and easements located at Lot 6 Lilac Lane, Frisco, Texas 75034, being the same property more fully described as follows: Lot 6, Block A, of The Hills of Kingswood Phase 5A, an addition to the City of Frisco, Denton County, Texas, according to the plat thereof recorded in Instrument No. 2020-22, of the Plat Records of Denton County, Texas

pursuant to Fed. R. Crim. P. 32.2(e), 21 U.S.C. § 853(i)(4), Fed. R. Civ. P. 41(a)(2), this Court's equitable powers, and for good cause shown, it is hereby **ORDERED** that the property listed for forfeiture is dismissed without prejudice from this case.

    **So ORDERED and SIGNED this 13th day of July, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE