IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:20-CR-382 SDJ/KPJ<br>Judge Jordan |
| SAAD AZIZ (104) | § | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

Defendant entered a guilty plea to Count One of the Fourth Superseding Indictment filed on September 9, 2021. Pursuant to 18 U.S.C. §§ 981(a)(1)(c) and 982, the government requests that Defendant's right, title, and interest to the following property be forfeited to the United States:

a. $5,901 in U.S. currency;

b. $43,598 in U.S. currency;

c. One pallet containing (12) 60" Samsung Series QLED Q60A;

d. One pallet containing (13) 60" Samsung Series QLED Q60A;

e. Three pallets containing (96) Sony PlayStation 5 Console(s);

f. One pallet containing approximately 45 DeWalt Drills;

g. One pallet containing approximately 38 Porter Cable "4 Tool Combo Kits, and other various tools;

h. One pallet containing approximately 12 Makita Tools; 1 Bostitch Coil Roofing Nailer and 1 Ridged "JobMax" multi-tool;

i. One pallet containing approximately 58 Milwaukee Tools of various models and 1 Bosh Bulldog Xtreme (rotary hammer);

j. Two pallets containing approximately 54 tools. 21 Makita, 8 DeWalt and 25 Metabo nail guns; and

  k. Four pallets containing (42) Misc. computer monitors;

  l. Miscellaneous firearms: FNS 40 S&W pistol, serial number GKU0071199, DM P22 short revolver, serial number 134191, two magazines;

  m. Miscellaneous electronic devices: 4 Apple watches; 3 Apple phones; Apple MacBook Pro A2338, serial number FVFG39HJQ05D; Apple MacBook Air A2337, serial number FVFG3PZ2Q6LC; Apple MacBook Pro A2338, serial number FVFG104JQ05G; Apple iPad Pro A2378, serial number L6C4KXFFR9; Apple iPad Pro A2378, serial number J2RCXG9P3K; Apple iPad Pro A2378, serial number N7V3G9J23H; 6 Apple iPads; 19 Apple iPhones; Google cellular phone; 2 Samsung Galaxy cell phones; 12 Samsung Galaxy Tab A7 Tablets in boxes; 7 Apple iPhones; Samsung Galaxy S10+ Cell Phone; Apple MacBook Pro A2338 Laptop, serial number FVFFW12KQ05D; 11 Apple iPhones; Samsung Galaxy S9+ cell phone; Apple iMac A2115 Computer, serial number C02F2307PN5V; and Apple MacBook Pro A2338, serial number FVFFTJ2SQ05D;

  n. Miscellaneous electronic devices: Apple MacBook Pro 13" and 26 Apple iPhones.

By virtue of the plea and admission, the United States is now entitled to possession of the above-referenced property pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(b)(2).

Accordingly, the Court orders that:

1. Based upon Defendant's change of plea hearing and the findings entered by the Court, the United States is hereby authorized to seize the aforementioned property. The property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

2. The forfeited property is to be held by the custodial agency and its agents and vendors in their custody and control.

3. Pursuant to 21 U.S.C. § 853(n)(1), Supplemental Rule G(4)(a)(vi)(C), and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case, the United States shall publish for at least thirty (30) consecutive days at www.forfeiture.gov notice of this Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Defendant,[1] having or claiming a legal interest in the above-described forfeited property must file a petition with the court no later than sixty (60) days after the first day of publication on an official Internet government forfeiture site, or within thirty (30) days of receipt of direct notice, whichever is earlier.

    a. The notice shall: (1) state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; (2) be signed by the petitioner under penalty of perjury, and (3) set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

    b. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the

---

[1] 21 U.S.C. § 853(n)(2) provides that:
> Any person, other than the defendant, asserting a legal interest in property which has been ordered forfeited to the United States pursuant to this section may, within thirty days of the final publication of notice or his receipt of notice under paragraph (1), whichever is earlier, petition the court for a hearing to adjudicate the validity of his alleged interest in the property. The hearing shall be held before the court alone, without a jury.

subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      **So ORDERED and SIGNED this 29th day of August, 2023.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE